

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 9, 2022

  Los Angeles Superior Court
  1 East Regent Street, 2nd Floor Room 200
  Inglewood, CA 90301

Re:  Case Number:     2:22−cv−03807−CAS−PVC
     Previously Superior Court Case No.     22IWUD00301
     Case Name:     Paul Wachsman v. Ryan Winden et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     June 8, 2022    , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Sharon Hall−Brown*
     Deputy Clerk
     213−894−3651

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____          By: _____
Date                                 Deputy Clerk